UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| MIDWEST FAMILY MUTUAL INSURANCE COMPANY, | ) ) ) | CIV. 12-4158-KES |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | JUDGMENT |
| LIBERTY MUTUAL GROUP, INC. and KNIFE RIVER MIDWEST, LLC, | ) ) ) | |
| Defendants. | ) | |

Pursuant to the Stipulation for Dismissal With Prejudice, it is

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice. The parties will bear their own costs, disbursements, and attorney's fees.

Dated June 9, 2014.

                BY THE COURT:

                /s/ *Karen E. Schreier*
                KAREN E. SCHREIER
                UNITED STATES DISTRICT JUDGE